

**Piazza & Associates**

**<u>Resale & Refinance Calculator</u>**     *6/29/2026*

1. Choose the County in which the affordable home is loctaed.     Middlesex  ⌄

2. What is the date that you purchased the affordable home?     10/20/1993

3. What was the total price that you paid for the home at that time?     70,000.00

4. The Maximum Sales Price (MSP) for your home is estimated to be...     $199,428

5. The Maximum Refinance Amount (MRA) is estimated to be…     $189,456

**Thank you!**

These are estimates only. Updated without notice.

*Version 25.06.10*