Justin M. Gillman, Esq. (038891997)
**GILLMAN CAPONE LLC**
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664 (Tel.)
(732) 661-1707 (Fax)
ecf@gillmancapone.com (E-Mail)
Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**RICHARD L. CHRISTMAS, JR.**<br><br>Debtor(s) | Chapter 13<br><br>Case No. 26-11206-EJO<br><br>Hearing Date: July 22, 2026<br><br>Judge: Hon. Eamonn J. O'Hagan |

**CERTIFICATION OF DEBTOR REGARDING PROPERTY VALUE**

I, Richard L. Christmas, Jr., being of full age, certify as follows:

1.      I am the Debtor in the above-captioned Chapter 13 matter and make this Certification in support of my Chapter 13 Plan.

2.      On February 2, 2026, I filed a voluntary petition under Chapter 13 of the Bankruptcy Code (the "Petition Date").

3.      I am an owner of his residence located at 344 Lunar Road Piscataway, NJ 08854 (the "Property").  I purchased the Property by deed dated November 29, 1993. That deed expressly provides that the conveyance is subject to the Township of Piscataway's Affordable Housing Ordinance and related program documents, including restrictions governing resale and ownership of the unit.

4.      As of the Petition Date and as of the date of this Certification, the affordable

housing controls remain on the Property.

3.      The Plan filed on February 13, 2026 [Docket 11] (the "Plan") in my case proposed to make payments of $500 for 36 months with a pro rata dividend to general unsecured creditors filing allowed claims.

4.      On March 5, 2026, the Chapter 13 Trustee filed an Objection to Confirmation of the Plan [Docket 17] (the "Trustee Objection"). The Trustee Objection indicated that the Plan "provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4): -There is $32,072.00 non-exempt equity in house.  Need proof this is affordable housing with a Deed restriction to adjust the value of the home."

5.      I have reviewed the documents filed in my case through my attorney.

6.      On April 6, 2026, through counsel, I filed a Limited Response to the Trustee Objection [Docket 23].  In the Limited Response, my attorney outlines that the Property remained subject to the affordable housing restrictions on the sale price.  The Limited Response also noted that both my attorney and I were seeking a valuation through the municipality.

7.      After several adjournments of the confirmation hearing in this case, we were able to obtain information to assess the maximum sale price based on the affordable housing calculations.

8.      On June 30, 2026, I filed, through counsel, an Affordable Housing Calculator which indicated that the maximum sale price based on the affordable housing calculations of the Property was $199,428 [Docket 31].

- 2 -

- 3 -

9.     On June 30, 2026, I filed Amended Schedules A/B and C [Docket 30] which reflected the value above, the current amounts owed on the mortgages and liens on the Property and my homestead exemption.

10.     I believe based on all information to date, the Affordable Housing Calculator accurately reflects the current sale value of the Property.

11.     Therefore, I respectfully request that the Plan be confirmed as proposed.

4898-9642-6426, v. 1

- 4 -

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 1, 2026 _____               /s/      *Richard L. Christmas, Jr.*_____
                                                      Richard L. Christmas, Jr.

4898-9642-6426, v. 1