Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  26−11206−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Richard L. Christmas Jr
    344 Lunar Road
    Piscataway, NJ 08854

Social Security No.:
    xxx−xx−8299

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 23, 2026.

Dated: July 23, 2026
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-11206-EJO |
| Richard L. Christmas, Jr | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 23, 2026 | Form ID: plncf13 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard L. Christmas, Jr, 344 Lunar Road, Piscataway, NJ 08854-5467 |
| 520969053 | + | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 520969060 | | Synchrony/AJ PERRI, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2026 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2026 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 23 2026 21:21:00 | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 485F US Highway 1 S Suite 300, Iselin, NJ 08830 |
| 520969043 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 23 2026 21:20:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 520969044 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 23 2026 21:21:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520969045 | | Email/Text: BKPT@cfna.com | Jul 23 2026 21:21:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 520969046 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 23 2026 21:26:43 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520969047 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2026 21:26:39 | Citibank, Attn: Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 520969048 | + | Email/Text: BAN5620@UCBINC.COM | Jul 23 2026 21:21:00 | Citibank/The Home Depot, c/o United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 520969049 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 23 2026 21:26:32 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520969050 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2026 21:26:44 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520969051 | | Email/Text: bankruptcycourts@equifax.com | Jul 23 2026 21:21:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 520969052 | ^ | MEBN | Jul 23 2026 21:19:37 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 521045416 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2026 21:21:00 | Flagstar Bank, N.A., C/O Rocket Mortgage, LLC, |

District/off: 0312-3                              User: admin                                          Page 2 of 3

Date Rcvd: Jul 23, 2026                          Form ID: plncf13                                     Total Noticed: 38

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 521054968 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 23 2026 21:22:00 | Hyundai Lease Titling Trust, P.O. BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 521028738 |  | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 23 2026 21:22:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521019501 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 23 2026 21:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521050576 |  | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2026 21:26:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520969054 | + | Email/Text: Documentfiling@lciinc.com | Jul 23 2026 21:21:00 | Lending Club, Attn: Bankruptcy 595 Market st, San Francisco, CA 94105-5839 |
| 521059948 | + | Email/Text: Documentfiling@lciinc.com | Jul 23 2026 21:21:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 520985646 |  | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2026 21:26:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520969055 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 23 2026 21:26:32 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 520969056 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2026 21:21:00 | Mr Cooper, Attn: Bankruptcy, PO Box 613287, Dallas, TX 75261-3287 |
| 520969057 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2026 21:21:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 520969058 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2026 21:21:00 | Nationstar/flagstar Ba, 8950 Cypress Waters, Coppell, TX 75019-4620 |
| 521064308 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2026 21:26:31 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 521291383 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2026 21:26:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 521057595 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2026 21:26:38 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation, POB 41067, Norfolk VA 23541 |
| 521029770 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2026 21:21:00 | Rocket Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 521065940 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 23 2026 21:26:31 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520969059 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 23 2026 21:26:31 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520969061 |  | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 23 2026 21:26:43 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520969062 |  | Email/Text: bankruptcy@td.com | Jul 23 2026 21:22:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 520977174 | ^ | MEBN | Jul 23 2026 21:19:49 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520969063 | ^ | MEBN | Jul 23 2026 21:19:02 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |

TOTAL: 35

District/off: 0312-3                           User: admin                                Page 3 of 3
Date Rcvd: Jul 23, 2026                        Form ID: plncf13                           Total Noticed: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521291382 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 521057596 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Lendingclub Corp., POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Justin M Gillman | on behalf of Debtor Richard L. Christmas  Jr ecf@gillmancapone.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Rocket Mortgage LLC  s/b/m Nationstar Mortgage, LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor FLAGSTAR BANK  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6