**GILLMAN CAPONE LLC**
**Justin M. Gillman, Esq.**
**770 Amboy Avenue**
**Edison, NJ 08837**
**Telephone: (732) 661-1664**
**Fax: (732) 661-1707**
**Email: ecf@gillmancapone.com**

**Order Filed on September 3, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Richard L. Christmas,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 26-11206<br><br>Hearing Date: September 2, 2026<br><br>Judge: Eamonn J. O'Hagan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: September 3, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Justin Gillman, the applicant, is allowed a fee of $ 9,982.00 for services rendered and expenses in the amount of $ 398.00 for a total of $ 10,380.00. The allowance is payable:

- ☒ $ 7,000.00 through the Chapter 13 plan as an administrative priority.
- ☒ $ 2,500.00 outside the plan.
- ☒ $ 880.00 Attorney credit

The debtor's monthly plan is modified to require a payment of $ N/A per month for N/A months beginning October 2026 to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-11206-EJO
Richard L. Christmas, Jr Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Sep 03, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard L. Christmas, Jr, 344 Lunar Road, Piscataway, NJ 08854-5467 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Justin M Gillman | on behalf of Debtor Richard L. Christmas Jr ecf@gillmancapone.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Rocket Mortgage LLC s/b/m Nationstar Mortgage, LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor FLAGSTAR BANK N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6